1  JULIE M. MCCOY, Bar no. 129640
   485 E. 17TH ST.  SUITE 111
2  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
3  Fax: (949) 722-8416

4  Attorney for: PLAINTIFF

5

6

7                UNITED STATES DISTRICT COURT

8                CENTRAL DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          No. CV A 08-4525

11                     Plaintiff,

12          vs.                         CONSENT JUDGMENT

13  JON W.C. FONG, AKA JON

14  WEICHAUN FONG,

15                     Defendant

16      Pursuant to the above stipulation of the parties,

17  Judgment is hereby entered in favor of Plaintiff, UNITED

18  STATES OF AMERICA, against Defendant, Jon W.C. Fong, aka Jon

19  Weichaun Fong, in the principal amount of $62,375.16 plus

20  interest accrued to July 8, 2008, in the sum of $8,018.25;

21  with interest accruing thereafter at $13.89 daily until

22  entry of judgment, administration costs in the amount of

23  $0.00, for a total amount of  $70,393.41.

24

25  DATED: 10/21/2008          By: TERRY NAFISI
                                   Clerk of the Court
26

27

28                             A. KANNIKE
                               Deputy Clerk
                               United States District Court

                          Page 4